IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DIANE LEWIS | : | CIVIL ACTION |
|---|---|---|
| v. | : | No. 17-1111 |
| NANCY A. BERRYHILL,<br>*ACTING COMMISSIONER OF SOCIAL SECURITY* | : | |

# ORDER

AND NOW, this 20th day of December, 2017, upon consideration of Plaintiff Diane Lewis's Brief and Statement of Issues in Support of Request for Review and the Commissioner of Social Security's response thereto, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, to which no objections have been filed,[1] it is ORDERED:

- The Report and Recommendation (Document 15) is APPROVED and ADOPTED;
- Plaintiff's Request for Review (Document 11) is DENIED;
- Judgment is entered affirming the decision of the Commissioner of Social Security; and
- The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on November 22, 2017, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within fourteen days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.